THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY JOE LIPE *et al.*, Defendants-Appellants.

(No. 73-265;

Fifth District—May 7, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Paul Bradley, Deputy Defender, of Chicago (Allen L. Wiederer, Assistant Appellate Defender, of counsel), for appellants.

Howard L. Hood, State's Attorney, of Murphysboro, and Ralph J. Mendelsohn, of Model District State's Attorneys Office, of Cairo, for the People.